UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JORGE MANZO VALENCIA, | No. 1:25-cv-01550 WBS JDP |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION AND STAYING ACTION |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

----oo0oo----

Now before the court is petitioner's motion for preliminary injunction.[1] (Docket No. 12.) In this motion, petitioner brings constitutional and statutory claims challenging

---

[1] The court's November 17, 2025, Minute Order directed the government to file its opposition to petitioner's motion by December 8, 2025. (Docket No. 10.) The government filed no opposition or request for extension until December 9, 2025, when after several prodding calls from the clerk it filed its response to the motion. (Docket No. 14.) Under Local Rule 230(c), because it failed to timely file its opposition, the government is not entitled to be heard in opposition to petitioner's motion at oral argument. As it would not assist the court to hear oral argument solely from one side, the court takes the motion under submission on the papers.

1

1 his detention.  (See id.)  Petitioner also argues that he is a
2 member of the recently certified class in Maldonado Bautista et
3 al. v. Ernesto Santacruz Jr. et al., No. 5:25-cv-01873 SSS BFM
4 (C.D. Cal.) (see Docket No. 12 at 13), with which fact the
5 government agrees (see Docket No. 14 at 3).

6          Permitting petitioner to proceed individually before
7 this court with a request for preliminary injunctive relief, when
8 he is a member of a pending class action suit in which the same
9 relief is sought "would interfere with the orderly administration
10 of the class action and risk inconsistent adjudications."
11 Gillespie v. Crawford, 858 F.2d 1101, 1103 (5th Cir. 1988); see
12 also Crawford v. Bell, 599 F.2d 890, 893 (9th Cir. 1979)
13 (affirming district court's dismissal of portions of complaint
14 that were duplicative of pending class action, of which
15 petitioner was member).  As district courts "may choose not to
16 exercise [their] jurisdiction when another court having
17 jurisdiction over the same matter has entertained it and can
18 achieve the same result," Bell, 599 F.2d at 893, the court will
19 stay this action pending resolution of the Maldonado Bautista
20 class action and need not consider the merits of petitioner's
21 motion at this point.

22          IT IS THEREFORE ORDERED that petitioner's motion for
23 preliminary injunction (Docket No. 12) be, and the same hereby
24 is, DENIED without prejudice.

25          IT IS FURTHER ORDERED that this action be, and the same
26 hereby is, STAYED pending resolution of Maldonado Bautista et al.
27 v. Ernesto Santacruz Jr. et al., No. 5:25-cv-01873 SSS BFM (C.D.
28 Cal.).  On or before March 10, 2026, counsel shall file a joint

1  status report advising of the status of that class action.  If a
2  final resolution of that matter has been reached prior to that
3  date, counsel shall so inform the court.
4  Dated:  December 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE